UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MONTGOMERY BANK, N.A.,

    Plaintiff,

v.                                   Case No: 2:17-cv-459-FtM-99CM

RIVERBEND GOLF & COUNTRY
CLUB, INC., PIKE CREEK TURF
FARMS, INC., LEE COUNTY,
SOUTHERN GULF EQUIPMENT
RENTAL & SALES, INC. and
RIVERBEND HOMEOWNERS
ASSOCIATION OF LEE COUNTY,
INC.,

    Defendants.

## ORDER

This matter comes before the Court upon review of the Joint Motion to Cancel Mediation filed on July 10, 2018. Doc. 54. Plaintiff and Defendants Riverbend Golf & Country Club, Inc. and Lee County seek to cancel their mediation scheduled for August 2, 2018, or alternatively to extend the mediation deadline, because the parties have reached a resolution in this matter. *Id.* at 1-2. The parties filed and supplemented a Stipulation for Entry of Foreclosure Judgment indicating that Plaintiff and Riverbend Golf & Country Club, Inc. agree to the entry of summary judgment in favor of Plaintiff, to which Lee County consents. Docs. 52, 53 at 1-2. The Clerk entered defaults against the other three Defendants in this case—Pike Creek Turf Farms, Inc., Southern Gulf Equipment Rental & Sales, Inc. and Riverbend Homeowners Association of Lee County, Inc. Doc. 27. Plaintiff moved

for default judgment against those Defendants in its Motion for Summary Judgment and Default Judgment. Doc. 50.

Because final judgment has not been entered yet, the Court finds cancellation of mediation would be premature at this time. However, for good cause shown and because the motion is jointly filed, the Court extends the mediation deadline to October 2, 2018 pending the Court's resolution of the Stipulation for Entry of Foreclosure Judgment and Plaintiff's motion for default judgment.

ACCORDINGLY, it is

**ORDERED:**

The Joint Motion to Cancel Mediation (Doc. 54) is **GRANTED in part and DENIED in part**. The mediation deadline is extended to **October 2, 2018**. All other deadlines in the Case Management and Scheduling Order (Doc. 41) shall remain the same.

**DONE** and **ORDERED** in Fort Myers, Florida on this 11th day of July, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record